112

PER CURIAM.

(No. 75-CC-135—

VERATEX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 25, 1974.*

VERATEX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-139—

JACK HENDERSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 25, 1974.*

JACK HENDERSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.